*Monday, May 3, 1999*

## MOTION DOCKET

**98–1462. Waite v. Progressive Ins. Co.**
Huron App. No. H–97–036. This cause is pending before the court as an appeal from the Court of Appeals for Huron County. Upon consideration of the motion of *amicus curiae,* Ohio Insurance Institute, to participate in oral argument currently scheduled for May 4, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellee.

*Tuesday, May 4, 1999*

## RECONSIDERATION DOCKET

**99–529. State v. Harman.**
Mahoning App. No. 96CA70. Reported at 85 Ohio St.3d 1451, 708 N.E.2d 724.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**94–1667. State ex rel. Kaine v. United Parcel Serv., Inc.**
Franklin App. No. 93AP–843. On March 31, 1999, United Parcel Service, Inc. was ordered to show cause why its appeal should not be dismissed. United Parcel Service, Inc. has not filed a response to the show cause order. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.

**99–282. State ex rel. Vornholt v. Ohio Dept. of Transp.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On April 7, 1999, the court granted an alternative writ and issued a schedule for filing of the evidence and briefs. It appears from the records of this court that relators have not filed evidence, due April 27, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte* for want of prosecution pursuant to S.Ct.Prac.R. X(11). See *State ex rel. SuperAmerica Group v. Licking Cty. Bd. of Elections* (1997), 80 Ohio St.3d 182, 183, 685 N.E.2d 507, 508.